*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
MONAHAN, STEPHENS, and DEERWESTER
Appellate Military Judges

———————————————

**UNITED STATES**
*Appellee*

**v.**

**Kevin H. HARTER**
Seaman (E-3), U.S. Navy
*Appellant*

**No. 202200024**

———————————————

Decided: 27 July 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Angela J. Tang

Sentence adjudged 5 November 2021 by a general court-martial convened at Naval Submarine Base New London, Groton, Connecticut, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 102 months,[1] forfeiture of all pay and allowances, and a dishonorable discharge.

For Appellant:
*Lieutenant Christopher B. Dempsey, JAGC, USN*

---

[1] Appellant was credited with 428 days of confinement credit.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

S. TAYLOR JOHNSTON
Interim Clerk of Court

_____

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.